UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISHAL SHAH,<br>    Plaintiff,<br>  v.<br>CONSTELLATION BRANDS, INC.,<br>    Defendant. | Case No. 25-cv-01325-WHO<br><br>**JUDGMENT (NUNC PRO TUNC)** |

  Judgment is hereby entered nunc pro tunc in accordance with the Court's May 1, 2025 Minute Order granting defendant's motion to dismiss.

  **IT IS SO ORDERED.**

Dated: June 3, 2025

nunc pro tunc to May 1, 2025.

_____
William H. Orrick
United States District Judge